| | |
|---|---|
| 1 | CHRISTOPHER J. CARR (BAR NO. 184076) |
| | Email: CCarr@mofo.com |
| 2 | WILLIAM F. TARANTINO (BAR NO. 215343) |
| | Email: WTarantino@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone:  415.268.7000 |
| 5 | Facsimile:   415.268.7522 |

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national banking association, | Case No.    3:06-cv-06818-PJH |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| EEL RIVER SAWMILLS, INC., a California corporation; FAIRHAVEN POWER COMPANY, a California corporation; THE MEL AND GRACE MCLEAN FOUNDATION, a California private foundation; THE MCLEAN SURVIVOR'S TRUST, a private trust; DENNIS SCOTT, an individual and Trustee of the McLean Survivor's Trust; EUGENE LUCAS, an individual and Trustee of the McLean Survivor's Trust; and DOES ONE THROUGH FIFTY, inclusive, | (F.R.Civ.Proc. 41)  AND ORDER |
| Defendants. | |

1  Notice is hereby given that pursuant to Fed. R. Civ. Proc. 41(a)(1), Plaintiff U.S. BANK
2  NATIONAL ASSOCIATION hereby voluntarily dismisses the above-captioned action without
3  prejudice.

Dated: November 28, 2006

CHRISTOPHER J. CARR
WILLIAM F. TARANTINO
MORRISON & FOERSTER LLP

*/s/ William F. Tarantino (ECF)*

By: _____
William F. Tarantino

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

11/29/06

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA